# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160186(99)

COUNTY OF INGHAM, COUNTY OF
JACKSON, and COUNTY OF CALHOUN,
      Plaintiffs-Appellees,

v

MICHIGAN COUNTY ROAD COMMISSION
SELF-INSURANCE POOL,
      Defendant-Appellant.

SC: 160186
COA: 334077
Ingham CC: 15-000432-NZ

_____/

On order of the Chief Justice, the motion of the various Boards of County Road Commissioners to file a brief amicus curiae is GRANTED. The amicus brief will be accepted for filing if submitted on or before January 15, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2020



Clerk